# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAVONTE GLOVER,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 74555 **FILED**

**JAN 10 2018**

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

LAVONTE ANTWAN GLOVER,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 74568 ✓

## ORDER DIRECTING ENTRY AND TRANSMISSION OF WRITTEN ORDER, ADMINISTRATIVELY CLOSING APPEAL, AND TRANSFERRING DOCUMENTS

These are appeals under NRAP 4(c) from a judgment of conviction. The documents before this court do not contain a written order memorializing the court's decision made on October 2, 2017. A copy of the written order is essential to a determination of this court's jurisdiction to consider this appeal.[1] The district court shall have 60 days from the date of this order to: (1) enter a written order, (2) inform this court in writing that it is reconsidering its decision, or (3) inform this court in writing that

---

[1]Prior to the entry of a final written judgment, and the timely filing of a notice of appeal, the district court technically retains jurisdiction over appellant's case. *See Bradley v. State*, 109 Nev. 1090, 1094-95, 864 P.2d 1272, 1275 (1993). In a criminal case, a notice of appeal filed after announcement of the decision, but before entry of the written judgment or order is deemed to have been filed after such entry and on the day thereof. NRAP 4(b)(2).

18-01304

additional time is needed to enter the written order. In the event the district court enters a written order (or has already entered a written order of which this court is unaware), the clerk of the district court shall immediately transmit a certified copy of the order to the clerk of this court.

Appellant filed a pro se notice of appeal on November 22, 2017. On November 23, 2017, appellant's counsel filed two notices of appeal that were inadvertently docketed as a separate appeal in Docket No. 74568. Accordingly, we direct the clerk of this court to administratively close the appeal in Docket No. 74568 and transfer to Docket No. 74555 all documents filed or received in Docket No. 74568.

It is so ORDERED.

_____, C.J.

cc: Hon. Valerie Adair, District Judge
Lavonte Antwan Glover
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
The Law Office of Travis Akin